BRANDON GRAY, SR.                          NO. 21-KH-130

VERSUS                                     FIFTH CIRCUIT

STATE OF LOUISIANA                         COURT OF APPEAL

                                           STATE OF LOUISIANA


                    April 15, 2021


                    Susan Buchholz
                    First Deputy Clerk


IN RE BRANDON GRAY, SR.

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
DANYELLE M. TAYLOR, DIVISION "O", NUMBER 14-5895


                    Panel composed of Judges Jude G. Gravois,
                    Marc E. Johnson, and John J. Molaison, Jr.


        **WRIT GRANTED**

        Relator, Brandon Gray, Sr., seeks mandamus relief that would order the trial
court to act upon this Court's directives in *State v. Gray*, 20-179 (La. App. 5 Cir.
7/27/20)(unpublished writ disposition). In *Gray*, this Court transferred a pleading
containing supplemental post-conviction relief application claims to the trial court
for consideration. A review of the official record reflects that the trial court has not
followed the directives set forth in *Gray*.

        Therefore, the trial court is ordered to comply with the directives in *Gray*,
render a ruling on the supplemental claims within 60 days of this disposition, and
provide proof to this Court of its ruling. The trial court is further ordered to allow
the State to file procedural and/or other objections and/or an opposition to the
supplemental claims within those 60 days.

        Accordingly, the writ application is granted.

        Gretna, Louisiana, this 15th day of April, 2021.

                            **MEJ**
                            **JGG**


21-KH-130

BRANDON GRAY, SR.

VERSUS

STATE OF LOUISIANA

NO. 21-KH-130

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

**MOLAISON, J., CONCURS WITH REASONS**

While I concur with granting the writ of mandamus, I would do so based solely upon the application presented. I would further order the trial court to act upon the relator's motion, if it has not already done so.

**JJM**

21-KH-130

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/15/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-130**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Brandon Gray Sr. #391978 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327